IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MONIQUE BOWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-314-C |
| ) | |
| BOARD OF COUNTY ) | |
| COMMISSIONERS of CUSTER ) | |
| COUNTY, OKLAHOMA; KENNETH ) | |
| TIDWELL, Sheriff of Custer County, ) | |
| Oklahoma; and DARRION MORGAN, ) | |
| ) | |
| Defendants. ) | |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendant Board of County Commissioners of Custer County, Oklahoma's Motion for Judgment on the Pleading, Defendant Kenneth Tidwell, Sheriff of Custer County, Oklahoma's Motion for Summary Judgment and the Motion for Summary Judgment of Defendant Darrion Morgan should be granted. Judgment is therefore entered on behalf of all Defendants.

DATED this 1st day of September, 2020.

*[Signature]*
ROBIN J. CAUTHRON
United States District Judge